**Order entered April 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00053-CR
### No. 05-19-00054-CR

**JIMMY EARL SHELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-75945-S & F18-75947-S**

## ORDER

Before the Court is court reporter Lisa Jackson's April 9, 2019 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record received on April 10, 2019 filed as of that date.

/s/ LANA MYERS
   JUSTICE